**EXHIBIT A**

Australian credit licence 238098
Customer Service Correspondence Unit
GPO Box 40
Sydney NSW 2001

04 April 2016

CRISTINA ANTONINA LUCIA NITOPI


Dear Cristina

Thank you for your enquiry regarding your **Citibank Cash Investment** account ▮-XXX-723.

As requested, please find below the transaction processed on above account:

| | |
|---|---|
| Date: | 25 January 2016 |
| Merchant: | Overseas Transfer Outgoing |
| Billing Amount: | $720,461.10 AUD |
| Beneficiary Name: | Real Sovage Inc |
| Beneficiary Account No.: | ▮5209 |

We hope this information is useful. If there's anything else we can do to assist you, please let us know and we'll be happy to help.

Yours sincerely
**Customer Service Correspondence Unit**

© 2014 Citigroup Pty Limited ABN 88 004 325 080, AFSL No. 238098, Australian credit licence 238098. Citibank®, Citi® and Arc Design® are service marks of Citigroup Inc.